# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MANO, | ) Case No. CV 13-8123 AG (MRW) |
|         Petitioner, | ) |
|    vs. | ) JUDGMENT |
| DAVID LONG, | ) |
|         Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 31, 2014

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE